U S DISTRICT COURT
Southern District of Ga
Filed in Office
11:30 A M
6-28      20 12
Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KEITH G. COLEMAN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Case No. CV412-170 |
| | ) CR497-181 |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 25 day of June, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA